Submitted on record and briefs August 28; convictions affirmed; remanded for resentencing October 30, 1991

## STATE OF OREGON,
### *Respondent,*

*v.*

## KENNETH JAMES ROBINETTE,
### *Appellant.*

### (90-02-30723; CA A67300)

818 P2d 1299

Sally L. Avera, Public Defender, and Jesse Wm. Barton, Deputy Public Defender, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

## PER CURIAM

Defendant appeals from his convictions for first degree manslaughter, ORS 163.118, and being a felon in possession of a firearm. ORS 166.270. The trial court imposed consecutive sentences for the convictions without making the appropriate findings. The state concedes that the trial court erred in that respect. *State v. Racicot,* 106 Or App 557, 809 P2d 726 (1991). We accept the concession.

Convictions affirmed; remanded for resentencing.